# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2020

160668-9

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES CURTIS BECK,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160668-9
COA: 342039; 342043
Macomb CC: 2016-000309-FH
2017-001376-FC

On order of the Court, the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer Issues I and XI in the application for leave to appeal within 28 days after the date of this order. The prosecution shall specifically address: (1) whether the defendant's retrial in Docket No. 2016-000309-FH was a violation of double jeopardy principles; (2) if so, whether vacating his convictions in that case would also warrant a new trial, resentencing, or any other remedy in Docket No. 2017-001376-FC; and (3) whether the trial court improperly imposed a mandatory minimum sentence of 25 years for an act of first-degree criminal sexual conduct (Count II) that was not charged as carrying such a minimum.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2020



t0610

Clerk